UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14015-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

      Plaintiff,

vs.

STEPHEN GUY THOMAS, JR.,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District

Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on April 14, 2009.  A

Report and Recommendation was filed on April 22, 2009, recommending that the Defendant's

plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to

file objections to the Report and Recommendation, however none were filed. The Court has

conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is

hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole Count of the Indictment, which charges that

the Defendant did knowingly receive any visual depiction that had been mailed, or had been

shipped or transported in interstate or foreign commerce, or which contained materials which had

been mailed or so shipped or transported, by any means, including by computer, the production

of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and

such visual depiction is of such sexually explicit conduct, in violation of Title 18, United States

Code, Section 2252 (a)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of May, 2009.

                                   _____
                                 JOSE E. MARTINEZ
                                 UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office